Starsha Monet SEWELL, Appellant,

v.

VATTEROTT EDUCATIONAL CENTERS, INC., Appellee.

No. 11–3419.

United States Court of Appeals, Eighth Circuit.

Submitted: May 14, 2012.

Filed: June 5, 2012.

Starsha Monet Sewell, Capitol Heights, MD, pro se.

Jovita Foster, Armstrong & Teasdale, St. Louis, MO, for Appellee.

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

Starsha Sewell appeals the district court's [1] adverse grant of summary judgment in her action asserting discrimination and retaliation claims against her former employer. Upon careful de novo review, *see Anderson v. Durham D & M, L.L.C.,* 606 F.3d 513, 518 (8th Cir.2010), we conclude that summary judgment was properly granted for the reasons stated by the

1. The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota.

1. The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.

**524**

district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.